PD-1072-15

To The Court of Criminal Appeals
11-11-00077-CR

From Joel Ramirez Couse No. CR20713-B TDCJ#
1699615. The reason for this letter, is I've gotten
Sick and my illness is Contagious. So they put me
in isolation for 3.0 day's.. So I Can't go any where not
even to the lawlibrary... To do my PDR my Petition
for discretionary review... So I am asking yall for
an extension if possible... I've heard you all do give
extension when need... And I do need an extension.
So Can you'll please let me have an extension..

Thank you Very much

Joel Ramirez

8, 13, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk